UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00279

**Ramon Alvardo Garcia,**
*Plaintiff,*

v.

**Bobby Lumpkin et al.,**
*Defendants.*

# ORDER

Plaintiff Ramon Alvardo Garcia, an inmate proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On August 8, 2022, the magistrate judge issued a report recommending that plaintiff's motion for a temporary restraining order be denied. Doc. 10. A copy of the report was mailed to plaintiff, and he did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for temporary restraining order (Doc. 6) is denied.

*So ordered by the court on November 9, 2022.*

J. CAMPBELL BARKER
United States District Judge