UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00279

**Ramon Alvardo Garcia,**
*Plaintiff,*

v.

**Bobby Lumpkin et al.,**
*Defendants.*

# ORDER

Plaintiff Ramon Alvardo Garcia, an inmate of the Texas Department of Criminal Justice proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On December 5, 2022, the magistrate judge submitted a report recommending that plaintiff's claims against defendants Townsend and Lumpkin be dismissed for failure to state a claim upon which relief can be granted. Doc. 16. Plaintiff's other claims are proceeding as instructed by separate order. *Id.* at 4. A copy of the report was mailed to plaintiff, who received it sometime before December 13, 2022, and has not filed an objection within the time permitted.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants Townsend and Lumpkin are dismissed from this suit pursuant to 28 U.S.C. § 1915A(b).

- 2 -

*So ordered by the court on January 26, 2023.*

                          J. C<small>AMPBELL</small> B<small>ARKER</small>
                         United States District Judge